

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00267-CV

Chang Ho Song
v.
Hoon Ku Lee, Yung Sang Lee aka Raymond Lee, and Hung Ju Park

On appeal from the
370th District Court of Hidalgo County, Texas
Trial Cause No. C-0227-18-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed for want of jurisdiction. The Court orders the appeal DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

December 6, 2018